# United States Bankruptcy Court
## District of District of Columbia

In re   **Prospect Technologies, Inc.**

Debtor(s)

Case No. _____
Chapter   **7**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for **Prospect Technologies, Inc.** in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

_5/21/12_
Date

_[signature]_
Richard G. Hall, Virginia Bar # 18076
Signature of Attorney or Litigant
Counsel for   **Prospect Technologies, Inc.**
Richard G. Hall, VA Bar #18076
7369 McWhorter Place
Suite 412
Annandale, VA 22003
703-256-7159 Fax:703-941-0262
RICHARD.HALL33@VERIZON.NET